# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:16-po-010 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| CURTIS G. CRACRAFT, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

It is hereby ORDERED that this case is dismissed sua sponte.

January 12, 2018

                                                                                                      s/Sharon L. Ovington
                                                                                                           Sharon L. Ovington
                                                                             United States Magistrate Judge